*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

EDWARD JAMES TYSON,

      Plaintiff-Appellant,

v

DAVID CLARENCE DAWKINS and UNTHANK,
LLC, doing business as B.S. & CO.,

      Defendants-Appellees.

UNPUBLISHED
April 22, 2021

No. 346595
Cheboygan Circuit Court
LC No. 17-008628-NO

Before: BECKERING, P.J., and SAWYER and SHAPIRO, JJ.

SAWYER, J. (*concurring*).

      I concur in the result only.

                                 /s/ David H. Sawyer

-1-